UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY PRICE,

                Plaintiff,                     **ORDER**
                                                CV 07-2634 (JFB)(ARL)

    -against-

SHERIFF EDWARD REILLY, et al.,

                Defendants.
------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       Before the court is the plaintiff's application seeking to strike his deposition transcript. The plaintiff's deposition was taken at Fishkill Correctional Facility on May 15, 2008. The plaintiff believes that he confused his answers because counsel for the defendant asked him questions about this action and a related action.[1] There is no need to have the entire deposition marked null and void. The plaintiff will receive a copy of the deposition transcript and should note any inaccuracies.

Dated:  Central Islip, New York          **SO ORDERED:**
         June 23, 2008

                                                _____/s/_____
                                                ARLENE R. LINDSAY
                                                United States Magistrate Judge

---

[1] On June 11, 2008, the defendants moved to consolidate the two actions. That motion is pending before Judge Bianco.